IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLETTE REID**  :<br>*Plaintiff*  :<br>  :<br>v.  :<br>  :<br>**HAYTHAM ALBIZEM, M.D.,**  :<br>**GUIDANT CORPORATION, and**  :<br>**HEART CARE CONSULTANTS, LLC**  :<br>*Defendants*  : | **CIVIL ACTION**<br><br>**NO. 13-4448** |

# O R D E R

**AND NOW,** this 25th day of June 2014, upon consideration of Defendant Guidant Corporation's *notice of removal* [ECF 1], Plaintiff's complaint [Exh. A, ECF 1], and the briefs in response to this Court's rule to show cause order to determine whether this matter should be remanded [ECF 14, 15, 16, 19, 20], consistent with the memorandum opinion filed on this day, it is hereby determined that this Court retains jurisdiction over this case. It is further **ORDERED** that non-diverse Defendants Haytham Albizem, M.D. and Heart Care Consultants, LLC are **DISMISSED** with prejudice.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.